UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOOKXCHANGE FL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BOOK RUNNERS, LLC, *et al.*, <br><br> Defendants. | No. MC19-0076RSL <br><br> ORDER |

This matter comes before the Court on Bookxchange FL, LLC's motion to compel compliance with a subpoena related to litigation pending in the United States District Court for the Northern District of Illinois or, in the alternative, to transfer the motion to that district. The target of the subpoena, Amazon.com, Inc., has opposed the requested relief. In light of the contested nature of this proceeding, the Clerk of Court is directed to assign a civil action number.

Dated this 16th day of July, 2019.

Robert S. Lasnik
United States District Judge